AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

### CRIMINAL COMPLAINT

ANTHONY R. BROWN
DOB:
PDID:

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being ~~duly sworn state~~ the following is true and correct to the best of my

knowledge and belief. On or about ___January 23, 2006___ in __WASHINGTON__ county, in the

_____ District of _____COLUMBIA_____ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Colt .45 caliber handgun and .45 caliber ammunition.

in violation of Title___18___ United States Code, Section(s)___922(g)(1)___.

I further state that I am __OFFICER CHRISTOPHER JOHNSON__, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes   ☐ No

Signature of Complainant
**OFFICER CHRISTOPHER JOHNSON**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

at ___Washington, D.C.___

Date                                                      City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer