# EXHIBIT 1

USPC                    7/16/2004   9:04   PAGE 1/4   Fax Server

# Memorandum



| Subject | Date |
|---|---|
| **PAROLE CERTIFICATE**<br>Brown, Antonio<br>Reg. No. 09160-007<br>DCDC No. 186-650 | July 13, 2004 |

| To | From |
|---|---|
| Case Manager<br>Atlanta USP<br>601 McDonough Blvd, S.E.<br>Atlanta, GA 30315 | Steven M. Brunson<br>Case Analyst<br>U.S. Parole Commission |

Attached is the Parole Certificate for the above-named. Please execute the Certificate, make a copy for the inmate, a copy for your file, and return the executed original to the Commission at the following address:

    5550 Friendship Boulevard
    Suite 420
    Chevy Chase, MD 20815-7286

If you have any questions, please contact this office at (301) 492-5821. Thank you for your continued cooperation.

Attachment

cc:   CSS Data Management Group
     D.C. Court Services & Offender
      Supervision Agency
     300 Indiana Avenue, N.W., Suite 2149
     Washington, D.C. 20001

SMB/KDJ

USPC           7/16/2004   9:04   PAGE 2/4   Fax Server

**U.S. Department of Justice**
**United States Parole Commission**

**CERTIFICATE OF PAROLE**
District of Columbia Offender

Having determined that (1) **Brown, Antonio, Register No. 09160-007, (DCDC No. 186-650)** (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on **August 8, 2004** and remain under parole supervision through **June 3, 2068**. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on July 13, 2004.

UNITED STATES PAROLE COMMISSION

By: Steven M. Brunson, Case Analyst

Docket/Case Number: F6785-84 B, C, D, E, F, G
Initial Risk Category: SFS - 8

**Acknowledgement of Release Conditions**

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of those conditions I may be sent back to prison.

**Consent to the Disclosure of Drug/Alcohol Treatment Information**

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

_Antonio Brown / Antonio Brown_  186-650 / 09160-007
Name                                                          DCDC No.

Witnessed: _____, Case Manager         8/3/04
Name and Title                                               Date

The above-named inmate was released on the _6TH_ day of _August_, 20_04_ with a total of _23313_ days remaining to be served.

Official Certifying Release

Queued: 07-16-2004 11:18:33 BOP-Atlanta USP

This CERTIFICATE OF PAROLE becomes effective on the day of release set forth above, after you sign this certificate. If you fail to comply with any of the conditions, you may be summoned to a hearing, or retaken on a warrant and reimprisoned pending a hearing, to determine if your parole should be revoked.

### GENERAL CONDITIONS

1.  A. You must go directly to Washington, D.C. and appear in person at the Intake Office of the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), 300 Indiana Avenue, N.W., Washington, D.C. 20001. If you are unable to appear in person at that office within three days of release, you must appear in person at the United States Probation Office nearest to you and follow the instructions of the duty officer.
    B. If you are not released to the community after your parole, you must follow the instructions in 1.A. above when you are released to the community.
2.  You must not leave the Washington, D.C. metropolitan area without the written permission of the officer supervising you. The Washington, D.C. metropolitan area consists of the District of Columbia, Prince Georges and Montgomery Counties in Maryland, Arlington and Fairfax Counties in Virginia, and the Cities of Alexandria, Fairfax, and Falls Church in Virginia. For the purpose of applying all conditions of release, "the officer supervising you" includes any supervision officer assisting, substituting for, or acting on behalf of the officer assigned to your supervision.
3.  You must, between the first and third day of each month, make a written report to the officer supervising you. In addition, you must meet with the officer supervising you at such times and in such a manner as that officer directs, and provide such information as that officer requests. All information that you provide to the officer supervising you must be complete and truthful.
4.  You must notify the officer supervising you within two days of (A) an arrest or questioning by a law-enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5.  You must permit the officer supervising you to visit your place of residence and your place of business or employment.
6.  You must permit the officer supervising you to confiscate any material that officer believes may be contraband and that is in plain view in your possession, including in your residence, place of business or employment, and vehicle.
7.  You must submit to a drug or alcohol test whenever ordered to do so by the officer supervising you.
8.  You must not violate any law and must not associate with someone else who is violating any law.
9.  You must not possess a dangerous weapon, which includes ammunition.
10. You must not drink alcohol to excess, and must not illegally use or possess a controlled substance. You must not frequent a place where you know a controlled substance is illegally used or distributed.
11. You must not associate with a person who has a criminal record without permission from the officer supervising you.
12. You must not enter into an agreement to act as an informant or undercover agent for a law-enforcement agency without permission from the Commission.
13. You must make a diligent effort to work regularly, unless excused by the officer supervising you, and to support any legal dependent.
14. You must make a diligent effort to satisfy any fine, restitution order, court costs or assessment, or child-support or alimony payment to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by the officer supervising you. If you are unable to pay such a financial obligation in one sum, you must cooperate with the officer supervising you to establish an installment-payment schedule.
15. If you are being paroled from a sentence imposed following conviction of a domestic-violence crime, and that conviction is your first conviction for such a crime, you must, as directed by the officer supervising you, attend an approved offender-rehabilitation program if such a program is readily available within a 50-mile radius of your residence.
16. If you are required by law to report and register as a sex-offender, you must comply with that law.
17. You must provide a DNA sample if the officer supervising you determines that collection of such sample is required by law.
18. You must participate in an Employment Readiness Program if so directed by the officer supervising you.
19. If you are being supervised by CSOSA, you must submit to the sanctions imposed by the officer supervising you within the limits established by an approved schedule of graduated sanctions.
20. If so directed by the officer supervising you, you must notify a person of your criminal history or characteristics to inform that person of a risk of harm.

## SPECIAL CONDITIONS



U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: BROWN, Antonio<br>Team 13<br>Register Number: 09160-007<br>DCDC No: 186-650 | Institution: Sex Offenders' Supervision-<br><br>Date:   January 13, 2006 |

In the case of the above-named, the following action was ordered:

In addition, you shall make a full and complete disclosure of your financial and business activities, as required by your Supervision Officer. You shall submit to an audit of your personal and business financial records, as requested by your Supervision Officer.

In addition, you shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

In addition, you shall be subject to the highest level of supervision.

In addition, you shall be subject to an annual polygraph examination.

In addition, you shall not have any contact or communication with the victim of your offense Falaneia Speaks.

In addition, you shall submit to a search of your person, property, vehicle, and abode, conducted at a reasonable time and in a reasonable manner by the Supervision Officer.

**REASONS:**

Pursuant to 28 C.F.R. §2.85 – Special Condition added.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

Brown 09160-007                              -1-                                    Clerk:  SRM

cc:  Eric Olson
     Supervision Officer
     Sex Offenders' Supervision-Team 13
     CSOSA
     300 Indiana Avenue, N.W., Rm 2002
     Washington, D.C. 20001

     CSS Data Management Group
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2070
     Washington, D.C. 20001



-2-

Clerk: SRM