**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-047 (ESH)** |
| | ) | |
| **ANTHONY BROWN,** | ) | |
| —————————————————— | ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress, the opposition thereto, and the

record of this case, it is this ___ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED** and that all the physical evidence and

statements shall be suppressed.

_____
HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE