IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                              )<br>           v.                 )<br>                              )<br>ANTHONY BROWN                 )<br>_____) | Cr. No. 06-047 (ESH) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO GOVERNMENT'S OPPOSITION
TO DEFENDANT'S MOTION TO SUPPRESS**

Anthony Brown, through undersigned counsel, hereby requests an extension of time within which to file a reply to the government's opposition to his motion to suppress evidence, and states in support the following:

1. Mr. Brown is charged, in a one-count indictment, with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

2. On April 18, 2006, Mr. Brown filed a motion to suppress evidence in the above captioned case.

3. On May 2, 2006, the government filed an opposition to Mr. Brown's suppression motion.

4. The Court has scheduled a hearing on the suppression motion for June 28, 2006.

5. Undersigned counsel will be in trial from May 8 through May 10. Due to the time she has spent preparing for said trial, she has not had an adequate opportunity to respond to the government's arguments as set forth in its opposition motion.

6. Undersigned counsel left two messages for Assistant United States Attorney Michael Truscott but never heard back from him as to whether he opposes this motion.

WHEREFORE Mr. Brown respectfully requests that the Court grant his motion for an extension of time within which to file a reply motion and reschedule the due date for the reply motion for May 22, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500