UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-047 (ESH)** |
| ) | |
| **ANTHONY BROWN,** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion for Extension of Time, it is this _____ day of

_____, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that defendant's reply to the government's opposition to defendant's motion to suppress evidence shall be submitted on or before May 22, 2006.

_____
HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE