Case 1:06-cr-00047-ESH   Document 10   Filed 06/28/2006   Page 1 of 1

CO-526
(12/86)

**FILED**

JUN 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
vs.                          )     Criminal No. 06-47
                             )
Anthony R. Brown             )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge