UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-047 (ESH) |
| : | |
| ANTHONY R. BROWN, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SUBMISSION TO THE COURT
## IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Anthony R. Brown, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g), are:

1. The defendant knowingly possessed the firearm, as charged;

2. Before he possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

3. The possession of the firearm was in or affecting interstate commerce.

II.   COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  PENALTIES

Pursuant to 18 U.S.C. §§ 922g and 924:

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000; and
3. a term of supervised release of not less than two years and not more than three years.

IV.  FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on January 23, 2006, officer with the Metropolitan Police Department and two Community Supervision Officers executed a search warrant, authorized by the United States Parole Commission, at 1111 Queen Street, N.E., Apartment #1, Washington, D.C. The defendant was residing at this address. In addition, as of January 23, 2006, the defendant was on parole after being convicted of certain offenses in the Superior Court for the District of Columbia.

Upon arriving at said address and knocking on the door, the defendant, identified as Anthony R. Brown, was advised that the police and community supervision officers were there to conduct a search of the defendant's living space and his automobile. The defendant, who was living in the apartment with his niece, indicated that he slept in the living room. The community supervision officer had been to the apartment on previous occasions and was aware that the defendant slept in the living room and kept his belongings in the living room closet. The officers began searching the closet in the living room and the defendant spontaneously stated "If you find anything, it isn't mine." The closet was filled with bags of male clothing. The officers began searching the bags.

In a blue nylon duffle bag, the officers found a disassembled .38 caliber Davis Industries semi-automatic handgun and two magazines loaded with ammunition. When the officers recovered this gun, the defendant stated "That gun doesn't even work, it's broken." The officer continued to

search the closet and recovered a green briefcase that the officer had seen the defendant carrying on previous occasions. In the briefcase, the officer found a holstered .45 caliber Colt semi-automatic pistol. The officer also found paperwork reflecting the defendant's name inside of the briefcase as well. The Colt was loaded with 8 rounds of ammunition. A pouch on the holster also had six rounds of ammunition. In the same closet, the officers recovered a box with 21 rounds of .45 caliber ammunition. In the trunk of the defendant's vehicle, the police recovered a box with 27 rounds of .45 caliber ammunition.

There also would have been testimony that there are no gun manufacturers in the District of Columbia, and that the 9mm Mancester Arms gun had, therefore, traveled in interstate commerce.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
202-514-7533

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6-28-06                    _Anthony Brown_
                                 ANTHONY K. BROWN
                                 Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6/28/06                    _Rita Bosworth_
                                 RITA BOSWORTH
                                 Attorney for Defendant