HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-00047</u> |
| vs. | : | SSN: |
| Brown, Anthony | : | Disclosure Date: <u>August 17, 2006</u> |

FILED
SEP 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

FILED
SEP 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Anthony Brown_  8-31-06           _Rita Bosworth_  9-5-06
**Defendant**           **Date**                  **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 28, 2006</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

# FEDERAL PUBLIC DEFENDER
### DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone: (202) 208-7500
FAX (202) 208-7515

September 7, 2006

Linsey Epson
United States Probation Officer
United States District Court
3rd and Constitution Avenue, N.W.
Washington, DC 20001

### Re: United States v. Anthony Brown
### Case Number 06-47 (ESH)

Dear Ms. Epson:

Please accept my apology for the late submission of these objections. I was on leave when the objections were due and had difficulty meeting with Mr. Brown. If you wouldn't mind incorporating these changes and issuing a revised Pre-Sentence Investigation Report I would much appreciate it. Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case, dated August 10, 2006.

## Objections and Comments

1. Mr. Brown submits that on page 6, paragraph 32, it was January 17, 2006, not January 17, 2005, that he was "associating with a person who was in possession of drug paraphernalia."

2. Mr. Brown submits that on page 6, paragraph 32, he was given assurances by his supervisor at the South Capitol Street AutoZone that his hire was imminent but he was locked up before he was able to start working there. He also submits that after being reprimanded for falsely listing active employment at AutoZone he went to see Ms. Cray at the sex offender registry twice to try to have that place of employment removed from his profile, all to no avail.

3. Mr. Brown submits that on page 8, paragraph 45, the report inaccurately states that he has no contact with his siblings. Mr. Brown asserts that Ralph would sometimes visit him and his mom and that he last saw Ralph 3 weeks before his mother's death in 2004.

4. Mr. Brown submits that on page 9, paragraph 46, his daughter's name is "Starlena," not "Starlene." He also submits that he re-established contact with his sons after he was released from prison.

5. On page 10, paragraph 58, Mr. Brown's former employer is "Boyd's Piano," not "Bow Piano."

6. On page 10, paragraph 63, Mr. Brown believes that the report unfairly characterizes his actions when it states that he often "spen[t] excessive amounts of money on hotel rooms for women he was dating." Mr. Brown explains that he put his girlfriend, ShaDonne Brown, and her son up in a hotel when she was arguing with her mother.

Thank you for your consideration of these matters. Please feel free to call me if there are any details which we need to discuss.

Very truly yours,

Rita Bosworth

Rita Bosworth
Assistant Federal Public Defender
(202) 208-7500

cc: Michael Truscott, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC 20530